### 3270. WRIGHT v. THE STATE.

HILL, C. J.   1. The amendment to the motion for a new trial was "allowed," but the ground thereof was not approved or verified in any manner by the trial judge, and will not be considered by this court. *Wilson* v. *Cobb,* 4 *Ga. App.* 272 (61 S. E. 133); *Thomas* v. *State,* 7 *Ga. App.* 337 (66 S. E. 964); *Henderson* v. *State,* 7 *Ga. App.* 810 (68 S. E. 333); *Thornton* v. *Cordell,* 8 *Ga. App.* 588 (70 S. E. 17).

2. The original motion for a new trial contained only the usual general grounds, and the verdict is fully supported by the evidence.

*Judgment affirmed.*

DECIDED APRIL 11, 1911.

Accusation of carrying concealed weapon; from city court of Cairo—Judge Singletary. January 31, 1911.

*J. Q. Smith, L. H. Foster,* for plaintiff in error.

*W. J. Willie, solicitor, R. C. Bell,* contra.